No. 73–1242.   Bates v. Alabama.   Ct. Crim. App. Ala. Certiorari denied.

No. 73–1253.   Murphy et al., dba Utah Oil Land Co. v. Landsburg, Trustee.   C. A. 3d Cir.   Certiorari denied.

No. 73–1262.   Jenks v. Judd.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 73–1263.   Pearson Bros. Co. v. National Labor Relations Board.   C. A. 7th Cir.   Certiorari denied.

No. 73–1264.   Allen, aka Minder, et vir v. 1901 Wyoming Avenue Cooperative Ass'n.   Ct. App. D. C. Certiorari denied.

No. 73–1272.   G. I. Distributors, Inc., et al. v. Murphy et al.   C. A. 2d Cir.   Certiorari denied.

No. 73–1276.   Troxel Manufacturing Co. v. Schwinn Bicycle Co.   C. A. 6th Cir.   Certiorari denied.

No. 73–1282.   Fountain et al. v. Fountain et al. Sup. Ct. Va.   Certiorari denied.

No. 73–1296.   Shreves v. Shreves.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 73–1299.   Pascoe Steel Corp. v. Wieman-Slechta Co.   C. A. 8th Cir.   Certiorari denied.

No. 73–1300.   Kozemchak et al. v. Ukrainian Orthodox Church of America et al.   C. A. 2d Cir.   Certiorari denied.